**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------x  Civil Action No.: CV-05-305 (DGT)(ETB)

UNITED STATES OF AMERICA,  §
  §
        Plaintiff,  §
  §
- against-  §
  §
JAPHINE HILL,  §
  §
        Defendant.  §
----------------------------------------x



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ June 29 2005 ★
BROOKLYN OFFICE

### DEFAULT JUDGMENT

Because Japhine Hill failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Japhine Hill:

**Claim No. C-104244W**

| | |
|---|---|
| Principal Balance: | $2,804.26 |
| Total Interest Accrued at 8.000%: | $2,334.82 |
| Filing and Service of Process: | $185.00 |
| Subtotal: | $5,324.08 |
| Attorney's Fees: | $1,064.82 |
| Total Owed: | $6,388.90 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York

Jun 22, 2005

                              s/David G. Trager
                              David G. Trager
                              United States District Judge